```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


LUTGARDO SILVA                              CIVIL ACTION

VERSUS                                      NUMBER: 06-0199

BURL CAIN                                   SECTION: "K"(5)
```

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Lutgardo Silva, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 27th day of October, 2008.

                                             STANWOOD R. DUVAL
                                 UNITED STATES DISTRICT JUDGE